UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20582-CIV-MORENO

NATALIE ZAGURY, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

DERMSTORE LLC,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement (**D.E. 6**), filed on **March 6, 2023**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of March 2023.

                                                    _____
                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record